UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: __17-13407__ |
| Ronald M. Savine, Jr. | Chapter: __7__ |
| | Judge: __JNP__ |

### NOTICE OF PROPOSED ABANDONMENT

__Brian S. Thomas__, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: Mitchell H. Cohen US Courthouse
401 Market Street
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable __Jerrold N. Poslusny, Jr.__ on __June 13, 2017__ at __10__ a.m. at the United States Bankruptcy Court, Courtroom no. __4C__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 72 Shawnee Place
Galloway, NJ
Value $87,918.00

Liens on property: Quicken Loans
$54,157.00

Amount of equity claimed as exempt: $23,675.00

Objections must be served on, and requests for additional information directed to:

Name: Brian S. Thomas, Chapter 7 Trustee
Address: 327 Central Avenue, Suite 103, Linwood, NJ 08221
Telephone No.: 609-601-6066

*rev.8/1/15*

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                      Case No. 17-13407-JNP
Ronald M. Savine, Jr.                                       Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1         User: admin                Page 1 of 2         Date Rcvd: May 10, 2017
                             Form ID: pdf905            Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 12, 2017.
db             Ronald M. Savine, Jr.,    72 Shawnee Pl,    Galloway, NJ 08205-3434
cr            +ACAR Leasing LTD d/b/a GM Financial Leasing,    4000 Embarcadero Dr.,    Arlington, TX 76014-4101
cr             Latasha N Robinson,    Wells Fargo Financial National Bank,    PO Box 10438,
                Des Moines, IA 50306-0438
516659770      BB&T,    PO Box 77404,    Ewing, NJ 08628-6404
516659768      Bankcard Services- Indigo Card,    PO Box 4477,    Beaverton, OR 97076-4401
516659769     +Barclay Card Services,    POB 8833,    Wilmington, DE 19899-8833
516659771     +Best Buy/CBNA,    POB 6497,    Sioux Falls, SD 57117-6497
516659772      Best Egg,    PO Box 3999,    Saint Joseph, MO 64503-0999
516659789    ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
             (address filed with court: MABT/Contfin,    PO Box 8099,    Newark, DE 19714-8099)
516659773     +Capital One Auto Finance,    POB 259407,    Plano, TX 75025-9407
516659774     +Capital One Bank USA NA,    POB 30281,    Salt Lake City, UT 84130-0281
516659775     +Chase/Bank One Card Services,    P.O. Box 15298,    Wilmington, DE 19850-5298
516659776      Citibank - Sears Credit Cards,    PO Box 78051,    Phoenix, AZ 85062-8051
516659777      Citibank - Wawa Credit Card,    PO Box 6406,    Sioux Falls, SD 57117-6406
516659778      Comenity Capital Bank - Boscovs,    PO Box 659622,    San Antonio, TX 78265-9622
516659781      Discover Bank,    Attn: Zeicker & Assoc.,    1105 Laurel Oak Rd Ste 136,
                Voorhees, NJ 08043-4312
516659784      GM Financial,    P.O. Box 181145,    Arlington, TX 76096-1145
516659783      Genesis Bankcard Service,    PO Box 4499,    Beaverton, OR 97076-4499
516659788      Lending Club Corp,    470 Convention Way,    Redwood City, CA 94063-0000
516659790      Mariner Finance,    8211 Town Center Dr,    Nottingham, MD 21236-5904
516659795      Sunoco Inc. - Citibank,    PO Box 6497,    Sioux Falls, SD 57117-6497
516659797     +TD Auto Finance,    POB 9223,    Farmington Hills, MI 48333-9223
516659800      Toyota Financial Services,    PO Box 4102,    Carol Stream, IL 60197-4102
516659802     +Wells Fargo Auto Finance,    POB 29704,    Phoenix, AZ 85038-9704
516659803     +Wells Fargo Bank,    POB 14517,    Des Moines, IA 50306-3517
516659804      Wells Fargo Dealer Services,    PO Box 1697,    Winterville, NC 28590-1697

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 10 2017 22:31:23     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 10 2017 22:31:20     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516659767      E-mail/Text: ally@ebn.phinsolutions.com May 10 2017 22:30:42     Ally Financial,    POB 380901,
                Bloomington, MN 55438-0901
516659780      E-mail/PDF: creditonebknotifications@resurgent.com May 10 2017 22:37:58      Credit One Bank,
                PO Box 98872,    Las Vegas, NV 89193-8872
516659779      E-mail/PDF: creditonebknotifications@resurgent.com May 10 2017 22:37:59      Credit One Bank,
                POB 60500,    City Of Industry, CA 91716-0500
516659782      E-mail/Text: mrdiscen@discover.com May 10 2017 22:30:44     Discover Bank,    POB 30948,
                Salt Lake City, UT 84130-0948
516659786      E-mail/Text: ally@ebn.phinsolutions.com May 10 2017 22:30:42     GMACAB,    PO Box 380901,
                Bloomington, MN 55438-0901
516659787     +E-mail/Text: bnckohlsnotices@becket-lee.com May 10 2017 22:30:51     Kohls-Capital One,
                POB 3115,    Milwaukee, WI 53201-3115
516659791      E-mail/Text: bkr@cardworks.com May 10 2017 22:30:40     Merrick Bank,    PO Box 660702,
                Dallas, TX 75266-0702
516659792      E-mail/PDF: gecsedi@recoverycorp.com May 10 2017 22:37:42     Old Navy/Synchrony Bank,
                PO Box 530942,    Atlanta, GA 30353-0942
516659793     +E-mail/Text: bankruptcyteam@quickenloans.com May 10 2017 22:31:44     Quicken Loans,
                1050 Woodward Ave,    Detroit, MI 48226-1906
516659794      E-mail/PDF: cbp@onemainfinancial.com May 10 2017 22:37:39     Springleaf Financial Service,
                601 Nw Second St, POB 59,    Evansville, IN 47701-0000
516659796     +E-mail/PDF: gecsedi@recoverycorp.com May 10 2017 22:37:58     SYNCB/Care Credit,
                C/O PO Box 965001,    Orlando, FL 32896-0001
516659798      E-mail/Text: bankruptcy@td.com May 10 2017 22:31:25     TD Bank,    POB 219 Operations Center,
                Lewiston, ME 04243-0219
516659799      E-mail/PDF: gecsedi@recoverycorp.com May 10 2017 22:37:42     TJX Rewards/SYNCB,
                PO Box 530948,    Atlanta, GA 30353-0948
516659801      E-mail/PDF: gecsedi@recoverycorp.com May 10 2017 22:37:57     Walmart/Synchrony Bank,
                PO Box 530927,    Atlanta, GA 30353-0927
                                                                                              TOTAL: 16

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516659785*      GM Financial,    PO Box 181145,    Arlington, TX 76096-1145
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-1          User: admin              Page 2 of 2            Date Rcvd: May 10, 2017
                              Form ID: pdf905          Total Noticed: 42
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 10, 2017 at the address(es) listed below:
          Brian   Thomas    on behalf of Trustee Brian   Thomas brian@brianthomaslaw.com,
           bthomas@ecf.epiqsystems.com
          Brian   Thomas    brian@brianthomaslaw.com,   bthomas@ecf.epiqsystems.com
          Brian C. Nicholas    on behalf of Creditor    QUICKEN LOANS INC. bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          John R. Morton, Jr.    on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing
           mortonlaw.bcraig@verizon.net,   tfitz@mortoncraig.com;mhazlett@mortoncraig.com
          Scott M. Zauber    on behalf of Debtor Ronald M. Savine, Jr. szauber@subranni.com,
           ecf@subranni.com;desk@subranni.com;cwild@subranni.com;jwiesner@subranni.com;mmorrow@subranni.com;
           hinnaurato@subranni.com
          Thomas J Subranni    on behalf of Debtor Ronald M. Savine, Jr. jwiesner@subranni.com,
           desk@subranni.com;jwiesner@subranni.com;hinnaurato@subranni.com;G21182@notify.cincompass.com;szau
           ber@subranni.com;cwild@subranni.com;ecf@subranni.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 7
```