**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Ronald M. Savine Jr.<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–4208<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–13407–JNP | |

## Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Ronald M. Savine Jr.

5/26/17                                                  **By the court:**   Jerrold N. Poslusny Jr.
                                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Ronald M. Savine, Jr.  
    Debtor

Case No. 17-13407-JNP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2     Date Rcvd: May 26, 2017  
                       Form ID: 318     Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2017.

```
db              Ronald M. Savine, Jr.,    72 Shawnee Pl,    Galloway, NJ  08205-3434
cr             +ACAR Leasing LTD d/b/a GM Financial Leasing,    4000 Embarcadero Dr.,    Arlington, TX 76014-4101
cr              Latasha N Robinson,    Wells Fargo Financial National Bank,    PO Box 10438,
                 Des Moines, IA  50306-0438
516659770       BB&T,    PO Box 77404,    Ewing, NJ  08628-6404
516659768       Bankcard Services- Indigo Card,    PO Box 4477,    Beaverton, OR  97076-4401
516659771      +Best Buy/CBNA,    POB 6497,    Sioux Falls, SD 57117-6497
516659772       Best Egg,    PO Box 3999,    Saint Joseph, MO  64503-0999
516659789     ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
               (address filed with court: MABT/Contfin,     PO Box 8099,    Newark, DE  19714-8099)
516659773      +Capital One Auto Finance,    POB 259407,    Plano, TX 75025-9407
516659776       Citibank - Sears Credit Cards,    PO Box 78051,    Phoenix, AZ  85062-8051
516659777       Citibank - Wawa Credit Card,    PO Box 6406,    Sioux Falls, SD  57117-6406
516659778       Comenity Capital Bank - Boscovs,    PO Box 659622,    San Antonio, TX  78265-9622
516659781       Discover Bank,    Attn: Zeicker & Assoc.,    1105 Laurel Oak Rd Ste 136,
                 Voorhees, NJ  08043-4312
516659783       Genesis Bankcard Service,    PO Box 4499,    Beaverton, OR  97076-4499
516659788       Lending Club Corp,    470 Convention Way,    Redwood City, CA  94063-0000
516659790       Mariner Finance,    8211 Town Center Dr,    Nottingham, MD  21236-5904
516659795       Sunoco Inc. - Citibank,    PO Box 6497,    Sioux Falls, SD  57117-6497
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
tr             +EDI: QBTHOMAS.COM May 26 2017 21:48:00      Brian Thomas,    Brian Thomas, Esq,
                 327 Central Avenue,    Suite 103,    Linwood, NJ 08221-2026
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 26 2017 22:11:50      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 26 2017 22:11:46      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516659767       EDI: GMACFS.COM May 26 2017 21:48:00      Ally Financial,    POB 380901,
                 Bloomington, MN  55438-0901
516659769      +EDI: TSYS2.COM May 26 2017 21:48:00      Barclay Card Services,    POB 8833,
                 Wilmington, DE 19899-8833
516659774      +EDI: CAPITALONE.COM May 26 2017 21:48:00      Capital One Bank USA NA,    POB 30281,
                 Salt Lake City, UT 84130-0281
516659775      +EDI: CHASE.COM May 26 2017 21:48:00      Chase/Bank One Card Services,    P.O. Box 15298,
                 Wilmington, DE 19850-5298
516659780       EDI: RCSFNBMARIN.COM May 26 2017 21:48:00      Credit One Bank,    PO Box 98872,
                 Las Vegas, NV  89193-8872
516659779       EDI: RCSFNBMARIN.COM May 26 2017 21:48:00      Credit One Bank,    POB 60500,
                 City Of Industry, CA  91716-0500
516659782       EDI: DISCOVER.COM May 26 2017 21:48:00      Discover Bank,    POB 30948,
                 Salt Lake City, UT  84130-0948
516659784       EDI: PHINAMERI.COM May 26 2017 21:48:00      GM Financial,    P.O. Box 181145,
                 Arlington, TX  76096-1145
516659786       EDI: GMACFS.COM May 26 2017 21:48:00      GMACAB,    PO Box 380901,    Bloomington, MN  55438-0901
516659787      +EDI: CBSKOHLS.COM May 26 2017 21:48:00      Kohls-Capital One,    POB 3115,
                 Milwaukee, WI 53201-3115
516659791       EDI: MERRICKBANK.COM May 26 2017 21:48:00      Merrick Bank,    PO Box 660702,
                 Dallas, TX  75266-0702
516659792       EDI: RMSC.COM May 26 2017 21:48:00      Old Navy/Synchrony Bank,    PO Box 530942,
                 Atlanta, GA  30353-0942
516659793      +E-mail/Text: bankruptcyteam@quickenloans.com May 26 2017 22:12:14      Quicken Loans,
                 1050 Woodward Ave,    Detroit, MI 48226-1906
516659794       EDI: AGFINANCE.COM May 26 2017 21:48:00      Springleaf Financial Service,
                 601 Nw Second St, POB 59,    Evansville, IN  47701-0000
516659796      +EDI: RMSC.COM May 26 2017 21:48:00      SYNCB/Care Credit,    C/O PO Box 965036,
                 Orlando, FL 32896-0001
516659797      +EDI: CHRYSLER.COM May 26 2017 21:48:00      TD Auto Finance,    POB 9223,
                 Farmington Hills, MI 48333-9223
516659798       EDI: TDBANKNORTH.COM May 26 2017 21:48:00      TD Bank,    POB 219 Operations Center,
                 Lewiston, ME  04243-0219
516659799       EDI: RMSC.COM May 26 2017 21:48:00      TJX Rewards/SYNCB,    PO Box 530948,
                 Atlanta, GA  30353-0948
516659800       EDI: TFSR.COM May 26 2017 21:48:00      Toyota Financial Services,    PO Box 4102,
                 Carol Stream, IL  60197-4102
516659801       EDI: RMSC.COM May 26 2017 21:48:00      Walmart/Synchrony Bank,    PO Box 530927,
                 Atlanta, GA  30353-0927
516659802      +EDI: WFFC.COM May 26 2017 21:48:00      Wells Fargo Auto Finance,    POB 29704,
                 Phoenix, AZ 85038-9704
516659803      +EDI: WFFC.COM May 26 2017 21:48:00      Wells Fargo Bank,    POB 14517,
                 Des Moines, IA 50306-3517
516659804       EDI: WFFC.COM May 26 2017 21:48:00      Wells Fargo Dealer Services,    PO Box 1697,
                 Winterville, NC  28590-1697
                                                                                               TOTAL: 26
```

```
District/off: 0312-1           User: admin                Page 2 of 2              Date Rcvd: May 26, 2017
                               Form ID: 318               Total Noticed: 43

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Brian Thomas,    Brian Thomas, Esq,    327 Central Avenue,    Suite 103,    Linwood, NJ 08221-2026
516659785*    GM Financial,    PO Box 181145,    Arlington, TX  76096-1145
                                                                                               TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 26, 2017 at the address(es) listed below:
              Brian  Thomas    on behalf of Trustee Brian  Thomas brian@brianthomaslaw.com,
               bthomas@ecf.epiqsystems.com
              Brian  Thomas    brian@brianthomaslaw.com,    bthomas@ecf.epiqsystems.com
              Brian C. Nicholas    on behalf of Creditor    QUICKEN LOANS INC. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    QUICKEN LOANS INC. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing
               mortonlaw.bcraig@verizon.net,    tfitz@mortoncraig.com;mhazlett@mortoncraig.com
              Scott M. Zauber    on behalf of Debtor Ronald M. Savine, Jr. szauber@subranni.com,
               ecf@subranni.com;desk@subranni.com;cwild@subranni.com;jwiesner@subranni.com;mmorrow@subranni.com;
               hinnaurato@subranni.com
              Thomas J Subranni    on behalf of Debtor Ronald M. Savine, Jr. jwiesner@subranni.com,
               desk@subranni.com;jwiesner@subranni.com;hinnaurato@subranni.com;G21182@notify.cincompass.com;szau
               ber@subranni.com;cwild@subranni.com;ecf@subranni.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 8
```