Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.:  17−13407−JNP
                        Chapter:  7
                        Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ronald M. Savine Jr.
   72 Shawnee Pl
   Galloway, NJ 08205−3434

Social Security No.:
   xxx−xx−4208

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on May 30, 2017, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 24 − 13
Order Denying Approval of Reaffirmation Agreement. (related document:13 Reaffirmation Agreement filed by Creditor Wells Fargo). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 5/30/2017. (cmf)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: May 30, 2017
JAN: cmf

                                                                              Jeanne Naughton
                                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Ronald M. Savine, Jr.
    Debtor

Case No. 17-13407-JNP
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: May 30, 2017
                        Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2017.
cr           Latasha N Robinson,    Wells Fargo Financial National Bank,    PO Box 10438,    Des Moines, IA    50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2017                                    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2017 at the address(es) listed below:
          Brian   Thomas     on behalf of Trustee Brian   Thomas brian@brianthomaslaw.com, bthomas@ecf.epiqsystems.com
          Brian   Thomas     brian@brianthomaslaw.com, bthomas@ecf.epiqsystems.com
          Brian C. Nicholas     on behalf of Creditor    QUICKEN LOANS INC. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
          Denise E. Carlon     on behalf of Creditor    QUICKEN LOANS INC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          John R. Morton, Jr.     on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing mortonlaw.bcraig@verizon.net,    tfitz@mortoncraig.com;mhazlett@mortoncraig.com
          Scott M. Zauber     on behalf of Debtor Ronald M. Savine, Jr. szauber@subranni.com, ecf@subranni.com;desk@subranni.com;cwild@subranni.com;jwiesner@subranni.com;mmorrow@subranni.com; hinnaurato@subranni.com
          Thomas J Subranni     on behalf of Debtor Ronald M. Savine, Jr. jwiesner@subranni.com, desk@subranni.com;jwiesner@subranni.com;hinnaurato@subranni.com;G21182@notify.cincompass.com;szauber@subranni.com;cwild@subranni.com;ecf@subranni.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                 TOTAL: 8