# BRIAN S. THOMAS, LLC
### ATTORNEY AT LAW

327 CENTRAL AVENUE
CENTRAL PROFESSIONAL PLAZA – SUITE 103
LINWOOD, NJ  08221
(609) 601-6066 · FAX: (609) 601-6061 · Email: brian@brianthomaslaw.com

18 NORTH MAIN STREET                                                                                                  157 NORTH MAIN STREET
CAPE MAY COURT HOUSE, NJ  08210                                                                                      MANAHAWKIN, NJ  08050
(609) 463-4800                                                                                                        (609) 978-4800

February 20, 2018

**Via Electronic Filing**
Honorable Jerrold N. Poslusny, Jr. JBC
United States Bankruptcy Court
15 North 7th Street
Camden, New Jersey 08102

      Re:   Bankruptcy of Ronald M. Savine, Jr.
             Our File No. N9533-BT
             Case No. 17-13407/JNP

Dear Judge Poslusny:

    The above-captioned matter is scheduled for a Status Conference February 20, 2018. There may be a possible personal injury claim. I am, therefore, respectfully requesting this matter be adjourned for six months.

    Your Honor's attention to this matter is sincerely appreciated.

                                        Respectfully yours,

                                        Brian S. Thomas

BST:kl